IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-999-JLK**

**DAVID E. PARKHILL,**

    Plaintiff,

v.

**ARTHUR ANDERSEN, LLP,**

    Defendant.

## ORDER

Kane, J.

This action has been stayed since August 23, 2004 pending the completion of arbitration between the parties or their agreement to resume this litigation. *See* Order (Doc. 21). In light of this circumstance and the parties' most recent status report stating that arbitration has not yet been concluded, this case is hereby ADMINISTRATIVELY CLOSED. It may be reopened upon motion by either party. The parties shall continue to file quarterly status reports as required by the Minute Order entered on July 3, 2007.

Dated this 18th day of July, 2007.

                BY THE COURT:

                *S/John L. Kane*
                Senior Judge, United States District Court