IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Judge John L. Kane**

Civil Action No. 04-cv-00999-JLK

DAVID E. PARKHILL,

    Plaintiff,

v.

ARTHUR ANDERSEN LLP,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulated Motion to Dismiss (doc. #36), filed June 2, 2008. The motion is GRANTED. It is

ORDERED that this action and all claims asserted in this action by Plaintiff against Defendants and all claims asserted in this action by Defendants against Plaintiff are dismissed with prejudice, subject only to the right of either party to reinstate this action within thirty (30) days of entry of this order. The Parties agree to each bear their own costs of this action.

DATED this 4th day of June 2008.

BY THE COURT:
*s/John L. Kane*
Judge John L. Kane